UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 07-81159-CIV-MIDDLEBROOKS/JOHNSON

SANDRA H. KAPLAN and
RONALD M. KAPLAN,

      Plaintiffs,

v.

FORD MOTOR CREDIT COMPANY,

      Defendant.

_____/

## ORDER

THIS CAUSE comes before the Court *sua sponte*. Defendant notified the Court that Mediation in this case will take place on May 1, 2008 at 3:00 p.m. (DE 29). Therefore, it is

ORDERED AND ADJUDGED that the parties shall notify this Court of the result of the Mediation by **May 5, 2008**.

DONE AND ORDERED in Chambers at West Palm Beach, Florida, this 1st day of May, 2008.

                                                                                                                  _____
                                                                                                                    DONALD M. MIDDLEBROOKS
                                                                                                                    UNITED STATES DISTRICT JUDGE

Copies to:    counsel of record
                    Sandra H Kaplan and
                    Ronald M. Kaplan, *pro se*