UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 07-81159-CIV-MIDDLEBROOKS/JOHNSON

SANDRA H. KAPLAN and
RONALD M. KAPLAN,

    Plaintiffs,

v.

FORD MOTOR CREDIT COMPANY,

    Defendant.
_____/

## ORDER

THIS CAUSE comes before the Court upon Defendant's Motion for Summary Judgment [DE 20], Motion for Summary Judgment on Breach of Contract Claim [DE 38], and Motion for Summary Judgment on Fair Credit Reporting Act and Punitive Damages [DE 39].

The Local Rules of the Southern District of Florida provide that "[t]he practice of filing multiple motions for partial summary judgment shall be prohibited, absent prior permission of the Court." S.D. Fla. L.R. 7.1.C.2. Defendant has not sought nor received this Court's prior permission to file three motions for summary judgment. Thus, Defendant is in violation of the Local Rules.

The Court denies the three motions without prejudice, and Defendant is instructed to file a single motion for summary judgment. Plaintiffs shall file a single response to the motion for summary judgment. Both parties are instructed to ensure that their filings abide by the Local Rules in all respects. Accordingly, it is

ORDERED AND ADJUDGED that Defendant's Motions for Summary Judgment [DE 20, 38, and 39] are DENIED WITHOUT PREJUDICE. Defendant shall file a single motion for summary judgment by **June 3, 2008.** Plaintiffs shall file a responsive pleading by **June 9, 2008.**

DONE AND ORDERED in Chambers at West Palm Beach, Florida, this 28 day of May, 2008.

                                              DONALD M. MIDDLEBROOKS
                                              UNITED STATES DISTRICT JUDGE

Copies to:    counsel of record
                  Sandra H Kaplan and
                  Ronald M. Kaplan, *pro se*