UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 07-81159-CIV-MIDDLEBROOKS/JOHNSON

SANDRA H. KAPLAN and
RONALD M. KAPLAN,

    Plaintiffs,

vs.

FORD MOTOR CREDIT COMPANY,

    Defendant.
_____/

**CLOSED CIVIL CASE**

## FINAL ORDER OF DISMISSAL

THIS CAUSE coming before this Court on the parties Joint Motion for Final Order of Dismissal, and the Court being advised in the premises, it is

ORDERED AND ADJUDGED that the above-entitled action between Plaintiffs, Sandra H. Kaplan and Ronald M. Kaplan, and Defendant, Ford Motor Credit Company LLC, be and the same is hereby dismissed with prejudice, each party to bear its own costs and attorneys' fees.

DONE AND ORDERED this _15_ day of _July_, 2008.

Honorable Judge Donald M. Middlebrooks
United States District Court

Copies furnished to:
Robert K. Tucker, Esq.
Ronald and Sandra Kaplan, Pro Se